```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-                                      23-MJ-01840 (UA)-1

SAMUEL HALL,                                            **ORDER**

                        Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    The defendant's bail conditions are hereby modified as follows:

1. The condition of electronic monitoring is to be removed.

2. Computer monitoring software is to be installed on the defendant's phone and monitored by Pretrial Services.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 21, 2023
               New York, New York