UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-　　　　　　　　　　　　　　　　23-MJ-01840 (UA)-1

SAMUEL HALL,　　　　　　　　　　　　　　　　　　**ORDER**

        **Defendant.**

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 3/21/2023

**SARAH NETBURN, United States Magistrate Judge**:

    A status conference with the Defendant and defense counsel is scheduled for Wednesday, April 19, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:　　March 21, 2023
　　　　　　New York, New York