```
Laura Gialanella
U.S. Pretrial Services Officer
Southern District of New York
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   Docket # 23MAG01840-1
     -against-                      :   ORDER
                                    :
SAMUEL HALL                         :
                                    :
          Defendant                 :
                                    :
------------------------------------X
```

Barbara C. Moses, United States Magistrate Judge:

Upon the application of Pretrial Services and consent of both parties, it is hereby ORDERED that the defendant's bail be modified to include the following additional condition of release:

1. Drug testing and treatment as directed by Pretrial Services

Dated: New York, New York
April 4, 2023

SO ORDERED:

_____
Barbara C. Moses
U.S. Magistrate Judge