UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-

SAMUEL HALL,

        Defendant.

-----------------------------------------------------------------X

23-MJ-01840 (UA)-1

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge**:

    The status conference currently scheduled for Wednesday, April 19, 2023, is RESCHEDULED for Tuesday, April 25, 2023, at 2:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 10, 2023
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/2023