UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-

SAMUEL HALL,

        Defendant.

------------------------------------------------------------X

23-MJ-01840 (UA)-1

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/2023

**SARAH NETBURN, United States Magistrate Judge**:

    A status conference with the Defendant and defense counsel is scheduled for Friday, May 26, 2023, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 2, 2023
                 New York, New York