UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-                                        23-MJ-01840 (UA)-1

SAMUEL HALL,                                            <u>ORDER</u>

                          **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A status conference with the Defendant and defense counsel is scheduled for Wednesday, June 21, at 1:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 2, 2023
               New York, New York