UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

       -against-                                        23-MJ-01840 (UA)-1

**SAMUEL HALL,**                                              <u>ORDER</u>

               **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

     A status conference with the Defendant and defense counsel is scheduled for Thursday, July 20, at 1:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:       June 29, 2023
                     New York, New York