UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

-against-  23-MJ-01840 (UA)-1

SAMUEL HALL,  <u>ORDER</u>

Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

The status conference currently scheduled for 1:30 p.m. on Thursday, July 20, 2023, will instead be held at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   July 5, 2023
         New York, New York