```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-

SAMUEL HALL,

        Defendant.

------------------------------------------------------------X

23-MJ-01840 (UA)-1

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    On October 11, 2023, Defense counsel was ordered to submit another status update in 30 days. See ECF No. 39. To date, the status update has not been filed. Accordingly, Defense counsel is directed to file the status update by November 17, 2023.

**SO ORDERED**

DATED:    November 15, 2023
              New York, New York