**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**THE UNITED STATES OF AMERICA,**

        **-against-**                              **23-MJ-01840 (UA)-1**

**SAMUEL HALL,**                                       **ORDER**

                  **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A status conference with the defendant and defense counsel is scheduled for Monday, November 27, 2023, at 2:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     November 20, 2023
                New York, New York