USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**THE UNITED STATES OF AMERICA,**

        -against-                                       **23-MJ-01840 (UA)-1**

**SAMUEL HALL,**                                             **ORDER**

                **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

The status conference scheduled for today at 2:30 p.m. is rescheduled for November 29, 2023 at 11:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     November 27, 2023
                New York, New York