**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 27, 2023

**Via ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:**    **United States v. Samuel Hall**
            **23 Mag. 1840 (UA)**

Dear Judge Netburn,

    I write to respectfully request a Court order authorizing Pretrial Services to release to the defense the laboratory results relating to Mr. Hall's recent drug test. As reflected in the November 15, 2023 memorandum from Pretrial Services, Mr. Hall purportedly tested positive for controlled substances on November 8, 2023. In advance of the parties' November 29, 2023 appearance, we have asked that the laboratory results for this test be shared with defense counsel. Pretrial Services has informed the defense that such records can only be shared with a Court order.

    Respectfully submitted,

    /s/

    Neil P. Kelly

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 27, 2023
               New York, New York