UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-

SAMUEL HALL,

        Defendant.

-----------------------------------------------------------------X

23-MJ-01840 (UA)-1

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

A status conference with the defendant and defense counsel is scheduled for Monday, January 8, 2024, at 2:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 29, 2023
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2023