```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-                                  23-MJ-01840 (UA)-1

SAMUEL HALL,                                       **ORDER**

                 Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A status conference with the defendant and defense counsel is scheduled for Monday, February 5, 2024, at 2:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 8, 2024
               New York, New York