```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-                                       23-MJ-01840 (UA)-1

**SAMUEL HALL,**                                       <u>ORDER</u>

                  **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    The status conference scheduled for today at 2:30 p.m. is rescheduled for Monday, February 12, 2024, at 12:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:        February 5, 2024
                    New York, New York