**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 20, 2024

**Via ECF**

The Honorable Sarah Netburn
Chief United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:**    **United States v. Samuel Hall
             23 Mag. 1840 (UA)**

Dear Judge Netburn,

    I write to respectfully request a modification of Mr. Hall's pretrial release conditions to permit Mr. Hall to travel to the District of New Jersey. The government and Pretrial Services do not object to this request.

    In connection with his employment, Mr. Hall has been asked to work several upcoming events in New Jersey, with additional possible work opportunities to follow. So that Mr. Hall does not need to ask the Court for permission to travel for each of these jobs, we respectfully ask that his pretrial release conditions be modified to include travel to the District of New Jersey going forward.

    We thank the Court for its consideration of this request.

                                                 Respectfully submitted,

                                                 /s/

                                                 Neil P. Kelly
                                               Assistant Federal Defender
                                               (212) 417-8744

---

The bail modification request to allow travel to the District of New Jersey is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 21, 2024
                New York, New York