**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 13, 2024

<u>Via ECF</u>

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Samuel Hall</u>
      **23 Mag. 1840 (UA)**

Dear Judge Netburn,

    I write to respectfully request a Court order authorizing Mr. Hall's mental health services provider, which is contracted through Pretrial Services, to release to the Federal Defenders of New York copies of Mr. Hall's treatment records. These records are necessary for the parties' ongoing discussions regarding a potential disposition in this case. Our understanding from Pretrial Services and past requests is that contracted mental health services providers will not release these records to defense counsel without Court authorization. The government has no objection.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

---

SO ORDERED.   _____
              SARAH NETBURN
              United States Magistrate Judge

DATED:   March 14, 2024
         New York, New York